**MARK T. JANSEN, ESQ.**
California Bar No. 114896
**PAUL F. KIRSCH, ESQ.**
California Bar No. 127446
**KIRSCH & JANSEN LLP**
2041 Bancroft Way, Suite 206
Berkeley, California 94704
Phone: (510) 390-8900
mark@kirschjansenlaw.com
paul@kirschjansenlaw.com

**PILAR R. STILLWATER, ESQ.**
California Bar No. 260467
**LIVE OAK LAW OFFICE LLP**
1442A Walnut Street #229
Berkeley, California 94709
Phone: 510.637.9349
pstillwater@liveoaklawoffice.com

Attorneys for Plaintiff
ATS PRODUCTS, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATS PRODUCTS, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>FIBER GLASS SYSTEMS, L.P., a Texas Limited Partnership; DOES 1-20 inclusive; and ROE BUSINESS ENTITIES 1-20, inclusive.<br><br>    Defendants. | Case No. 4:26-cv-00494-HSG<br><br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |

Pursuant to Civ. L.R. 6-1(b), 6-2, and 7-12, Plaintiff ATS Products, Inc. ("ATS"), and Defendant Fiber Glass Systems, L.P. ("FGS"), (together, the Parties), by and through their undersigned counsel, hereby stipulate and agree to grant ATS a two-week extension to respond

STIP. TO EXTEND TIME                    1                    CASE NO: 4:26-CV-00494-HSG

to FGS's Motion to Dismiss ("Motion"), Dkt. No. 5, in order to allow the Parties time to discuss possible resolution of FGS's Motion by stipulation, and further stipulate and agree that FGS may have a seven day extension beyond the normal 7 day reply period to file any reply brief. The new deadline proposed for Plaintiff's response will be March 4, 2026, and Defendant's Reply will be due on March 18, 2026. This extension will not affect any other existing deadlines. The parties therefore stipulate as follows:

1.      On December 1, 2025, ATS filed the Complaint in this matter in the Superior Court of the State of California, County of Contra Costa. Dkt. No. 1-1, which FGS has removed to this Court (on January 16, 2026)

2.      On February 4, 2026, FGS filed its Motion to Dismiss or In the Alternative Motion to Transfer Venue ("Motion"). Dkt. No. 5. The Motion was initially set for hearing on March 13, 2026, but this date was vacated when the matter was reassigned to the Honorable Haywood S. Gilliam. *See* Dkt. No. 13. Extending the briefing deadlines on the Motion will therefore not affect any current hearing schedule.

3.      Pursuant to the applicable local rules, the current deadline for Plaintiff to file its response to the Motion to Dismiss is February 18, 2026 (Civ. L.R. 7-3(a)), and the deadline for FGS's reply would be seven days thereafter, or February 25, 2026 (Civ. L.R. 7-3(c)). *See* Dkt. No. 5. If this request for extension is granted, the new deadline for Plaintiff's response will be March 4, 2026, and Defendant's Reply will be due on March 18, 2026.

4.      On February 10, 2026, ATS filed a Notice of Pendency of Other Actions ("Notice of Pendency"), Dkt. No. 8, notifying the Court of an earlier-filed action between the parties in federal court for the Southern District of Texas, filed June 11, 2025 by FGS (the "Texas Action"). *See* Dkt. No. 8-2 (S.D. Texas Complaint).

STIP. TO EXTEND TIME                    2                    CASE NO: 4:26-CV-00494-HSG

5.      The Parties have met and conferred and have agreed to a two-week extension of time for ATS to file its response to the Motion in order to allow the Parties time to discuss a potential resolution of FGS's Motion through stipulation, in light of the earlier-filed Texas action.

6.      This is the Parties' second request for an extension of time. The first request was for a two-day extension of FGS's time to respond to Plaintiff's Complaint. Dkt. No. 4. This current requested extension is sought in good faith and not for purposes of delay, and no Party will be prejudiced by the extension.

7.      As noted above, in paragraph 2, this stipulated extension of time will not affect the Court's schedule because there currently is no hearing date on FGS's Motion. *See* Dkt. No. 13.

8.      There is good cause for this extension because the Houston federal court has before it ATS's fully briefed, and submitted, motion to dismiss on venue grounds (28 USC § 1391), and  under F.R.C.P. 12(b)(3), 12(b)(6) and the Declaratory Judgment Act (28 USC § 2201) (copy of motion attached as Exhibit 5 to the Notice of Pendency, Dkt. No. 8-5). The requested extension will allow the Parties time to continue their ongoing discussion of  a potential resolution that will avoid this Court duplicating the analysis already underway by the Southern District of Texas. *See e.g., Kohn L. Grp., Inc. v. Auto Parts Mfg. Mississippi, Inc.*, 787 F.3d 1237, 1240-41 (9th Cir. 2015) (stay of second-filed action appropriate). It will also avoid the Parties' duplication of costly resources and time, unless, or until, it becomes necessary for this Court to determine FGS's Motion.

STIP. TO EXTEND TIME                3                CASE NO: 4:26-CV-00494-HSG

9.   The Parties therefore hereby stipulate that Plaintiff's response to Defendant's Motion will be due on or before March 4, 2026, and Defendant's reply will be due on March 18, 2026.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: February 16, 2026   **LIVE OAK LAW OFFICE LLP**

By:   */s/ Pilar R. Stillwater*
Pilar R. Stillwater
Attorney for Plaintiff
ATS Products Inc.

DATED: February 16, 2026   **BOWMAN AND BROOKE LLP**

By:   */s/ Neil M. Kliebenstein*
Neil M. Kliebenstein
Jonathan Nguyen
Attorneys for Defendant
Fiber Glass Systems, L.P.

**ORDER GRANTING STIPULATION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S RULE 12 MOTION TO DISMISS**

Having considered the Parties' Stipulation, and good cause appearing, the Court hereby ORDERS as follows:

1.  Plaintiff ATS Products, Inc.'s deadline to file its response to Defendant Fiber Glass Systems, L.P.'s Motion to Dismiss, Dkt. No. 5, is extended by two weeks, to March 4, 2026.

2.  Defendant Fiber Glass Systems, L.P.'s deadline to file its reply in support of the Motion to Dismiss, Dkt. No. 5, is extended to March 18, 2026.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 2/17/2026

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE