**MARK T. JANSEN, ESQ.**
California Bar No. 114896
**PAUL F. KIRSCH, ESQ.**
California Bar No. 127446
**KIRSCH & JANSEN LLP**
1808 Sixth Street
Berkeley, California 94710
Phone: (510) 390-8900
mark@kirschjansenlaw.com
paul@kirschjansenlaw.com

**PILAR R. STILLWATER, ESQ.**
California Bar No. 260467
**LIVE OAK LAW OFFICE LLP**
1442A Walnut Street #229
Berkeley, California 94709
Phone: 510.637.9349
pstillwater@liveoaklawoffice.com

Attorneys for Plaintiff
ATS PRODUCTS, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ATS PRODUCTS, INC.,

Plaintiff,

vs.

FIBER GLASS SYSTEMS, L.P., a Texas Limited Partnership; DOES 1-20 inclusive; and ROE BUSINESS ENTITIES 1-20, inclusive.

Defendants.

Case No. 4:26-cv-00494-HSG

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

Pursuant to the Parties' Stipulation of Voluntary Dismissal Without Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE in its entirety, with each party to bear its own attorneys' fees and costs. The Clerk is directed to close the file.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 10/26/2026

Haywood S. Gilliam, Jr.

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE